NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOHN L. SANDERS,                                    )
                                                   )
       Appellant,                               )
                                                   )
v.                                                 )        Case No. 2D19-580
                                                   )
STATE OF FLORIDA,                                  )
                                                   )
       Appellee.                                )
_____ )

Opinion filed November 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Charles E. Roberts,
Judge.


PER CURIAM.


      Affirmed.


CASANUEVA, LUCAS, and BADALAMENTI, JJ., Concur.